MARSHA JONES MOUTRIE, City Attorney
CAROL ANN ROHR, Deputy City Attorney
Bar No. 90012
carol.rohr@smgov.net
1685 Main Street, Room 310
Santa Monica, California 90401
Telephone: (310) 458-8335
Facsimile: (310) 451-5862

Attorneys for Defendants,
CITY OF SANTA MONICA, SCOTT MATSUDA, GEORGE MENDEZ,
SCOTT McGOWAN and MARILYN AMIACHE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE AVILA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SANTA MONICA, SCOTT MATSUDA, GEORGE MENDEZ, SCOTT McGOWAN, MARILYN AMIACHE and Does 1-10, inclusive<br><br>　　　　Defendants. | CASE NO.: CV 13-03570-ODW (JCGX)<br><br>Honorable Otis D. Wright, II<br><br>**[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER** |

　　　　Plaintiff JORGE AVILA, and defendants CITY OF SANTA MONICA, SCOTT MATSUDA, GEORGE MENDEZ, SCOTT McGOWAN and MARILYN AMIACHE, have stipulated and agreed to a STIPULATED PROTECTIVE ORDER now before this Court, entered into solely for the purpose of allowing defendants CITY OF SANTA MONICA, SCOTT MATSUDA, GEORGE MENDEZ, SCOTT McGOWAN and MARILYN AMIACHE, and their counsel of record, to have limited access to all records/documents prepared/generated by the Santa Monica Police Department and its employees in connection with the April 6, 2012 arrest of Jorge Avila for the purpose of their defense in this matter.

　　　　The STIPULATED PROTECTIVE ORDER will govern the limited access to the CONFIDENTIAL information described therein, precluding publication and

1  limiting the use of said records/documents which the parties maintain contain
2  CONFIDENTIAL information, due to the fact on September 28, 2012, the Superior
3  Court of the State of California in the matter of the *People of the State of California v.*
4  *Jorge Avila*, Case No. 2WA22265 ordered that the arrest record of defendant Jorge
5  Avila pertaining to his arrest by Santa Monica Police Department officers on April 6,
6  2012, be sealed pursuant to Penal Code section 851.8(c).

      After due consideration of the STIPULTED PROTECTIVE ORDER submitted by the parties, and good cause appearing therefore, the Court rules as follows:

      The terms and conditions of the STIPULTED PROTECTIVE ORDER shall govern the limited access to, and use of, the records /documents set forth therein.

**IT IS SO ORDERED**

Dated: December 17, 2013        _____
                                       Honorable United States Magistrate Judge
                                       Jay C. Gandhi

PROPOSED ORDER ON STIPULATED PROTECTIVE ORDER.DOC