O

# United States District Court
# Central District of California

| | |
|---|---|
| JORGE AVILA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SANTA MONICA, SCOTT MATSUDA, GEORGE MENDEZ, SCOTT McGOWAN, MARILYN AMIACHE and Does 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:13-cv-03570-ODW(JCGx)<br><br>**ORDER RE. DEFICIENT STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [27]** |

　　　　On March 3, 2014, Defendants filed a Motion for Summary Judgment on Jorge Avila's claims for negligence and municipal liability. (ECF No. 27.) Defendants' proffered statement of undisputed facts (SUF) is grossly deficient. Local Rule 56-1 provides in relevant part,

> A party filing a notice of motion for summary judgment or partial summary judgment shall lodge a proposed "Statement of Uncontroverted Facts and Conclusions of Law." Such proposed statement *shall set forth the material facts as to which the moving party contends there is no genuine dispute*.

(emphasis added).

　　　　Defendants' proffered SUF provides no material facts at all. Plaintiff Jorge Avila's opposing SUF outlines in detail the altercation between Avila and Defendant

Officer Matsuda. (ECF No. 28.) In contrast, Defendants paltry eight "facts" merely iterate unsubstantiated legal conclusions regarding Defendants' liability. For example, Defendants' SUF number 6 states "Plaintiff has failed to adequately plead a Monell Claim against the City in his Fourth Cause of Action." (ECF No. 27.) This is not what the local rules envision. Defendants are required by the local rules to provide the court with a proposed statement of uncontroverted *facts*.

Accordingly, Defendants are **ORDERED** to file an amended SUF with the Court no later than **Friday, March 14, 2014**. Further failure to comply with the Local Rules may subject the parties to sanctions within this Court's discretion. L.R. 83-7.

**IT IS SO ORDERED.**

March 12, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**