# United States District Court
# Central District of California

| | |
|---|---|
| JORGE AVILA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SANTA MONICA, SCOTT MATSUDA, GEORGE MENDEZ, SCOTT McGOWAN, MARILYN AMIACHE, and DOES 1–10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:13-cv-03570-ODW(PJWx)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

　　　In light of the parties' representations in the Notice of Settlement (ECF No. 36), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, no later than **Tuesday, May 20, 2014**, why settlement has not been finalized. No hearing will be held on this matter. All other dates in this matter are **VACATED** and taken off calendar. This order to show cause will be vacated upon the filing of a stipulation to dismiss and a proposed order of dismissal.

　　　**IT IS SO ORDERED.**

April 8, 2014

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE